# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Elmer Hansen,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                       3:12cv370

Siemens Energy,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2012 Order.

                                                Signed: November 1, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court